UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MICHELLE MARTCHINK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 4:24-cv-00192 SPM |
| | ) | |
| ST. AGNES HOME | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendant. | ) | |

## DEFENDANT ST. AGNES HOME'S MOTION TO DISMISS

COMES NOW Defendant St. Agnes Homes ("SAH"), by and through the undersigned counsel, pursuant to Rule 12(b)(6), and for its Motion to Dismiss Plaintiff's claims, state as follows:

1. In her First Amended Petition ("FAP"), Plaintiff has filed a single count captioned "disability discrimination and retaliation under the Americans with Disabilities Act" ("ADA") against SAH.

2. This claim fails, however, and should be dismissed because Plaintiff has not alleged facts sufficient to support such a claim because Plaintiff has failed to allege she is disabled within the meaning of the ADA or that she is capable of performing the essential functions of her job.

3. SAH incorporates by reference each of the arguments set forth in its Memorandum of Law filed contemporaneously with this Motion.

WHEREFORE, Defendant St. Agnes Home respectfully requests this Court Dismiss Plaintiff's claim against it and any further relief this Court deems just and proper.

        REICHARDT NOCE & YOUNG LLC

        By:   */s/ Catherine M. Robertson*
        MATTHEW H. NOCE        #57883MO
        mhn@reichardtnoce.com
        CATHERINE M. ROBERTSON #63200MO
        cmr@reichardtnoce.com
        12444 Powerscourt Drive
        Suite 160
        St. Louis, MO  63131
        314/789-1199
        314/754-9795 – Facsimile

        Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

     I hereby certify that on the 14th day of February, 2024, a true and correct copy of the foregoing was filed electronically with the Clerk of Court via the Court's ECF electronic filing system, and served by e-mail to:

Ott Law Firm
Joseph A. Ott
Mark E. Blankenship Jr.
3544 Oxford Blvd.
Maplewood, MO 63143
Telephone: (314)293-3756
Facsimile: (314)689-0080
joe@ott.law
mark@ott.law


            */s/Catherine M. Robertson*

2